**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01162-LTB-CBS

PLAZA INSURANCE COMPANY, a Missouri corporation,

       Plaintiff,

v.

CAROLYN LESTER,
JAMES BRADEN, and
BONNIE BRADEN,

       Defendants.

---

**ORDER**

---

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 71 - filed July 24, 2015), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                           BY THE COURT:


                             s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED:   July 27, 2015